

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-17-00652-CV

**EX PARTE** Ruben **RIOS**

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017W0521
Honorable Lori I. Valenzuela, Judge Presiding

**ORDER**

In accordance with this Court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against Appellant Ruben Rios.

Appellant's motion for leave to file a response to this Court's order is GRANTED.

It is so **ORDERED** on October 10, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court